UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL PAUL EVANS,<br><br>　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:17-cv-00347-MMD-WGC<br><br>ORDER |

Pending before the court in this habeas corpus proceeding are three motions to extend time filed by the Respondents in relation to the filing and service of their answer. (ECF Nos. 28, 29, 30.) All three motions are supported by good cause. In addition, Respondents filed their answer on July 13, 2018, without apparent prejudice to the Petitioner. (ECF No. 31.)

It is therefore ordered that Respondents' motions for extension of time (ECF Nos. 28, 29, 30) are all granted *nunc pro tunc* as of their respective filing dates.

DATED THIS 14th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE